808 A.2d 925

**Cynthia LASTELLA and Vincent Lastella, h/w, Appellees,**

**v.**

**Peter A. SINAIKO, M.D., Appellant.**

Supreme Court of Pennsylvania.

Argued May 14, 2002.

Decided Oct. 16, 2002.

Joan Orsini, John Jacob Hare, Philadelphia, for Peter A. Sinaiko, M.D.

Lise Luborsky, Philadelphia, for PA Property & Casualty Ins. Guaranty Assoc.

Carol Nelson Shepherd, Robert P. Zoller, pro hac vice, for Cynthia & Vincent Lastella.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, SAYLOR and EAKIN, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.